CHARLES HUMBEUTEL et al., Appellants, *v.* CITY OF NEW YORK et al., Respondents, et al., Defendants.

Argued March 1, 1955; decided April 14, 1955.

*Victor Konow, Lester G. Knopping* and *John H. Scully* for appellants.

*Peter Campbell Brown, Corporation Counsel (Morgan N. Lipton, Seymour B. Quel* and *Victor J. Herwitz* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.